# IN THE SUPREME COURT OF THE STATE OF NEVADA

MAURICE DANIEL TALLEY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA; AND BRIAN
WILLIAMS, WARDEN,
Real Parties in Interest.

No. 80219



FILED

JAN 03 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS

This original pro se petition for a writ of habeas corpus challenges the constitutionality of Nevada's robbery and kidnapping statutes and raises a claim of double jeopardy.

Problematically, petitioner has not provided this court with exhibits or other documentation that would support his claims for relief. *See* NRAP 21(a)(4) (providing the petitioner shall submit an appendix containing all documents "essential to understand the matters set forth in the petition"). Therefore, without deciding the merits of the claims raised, we decline to exercise our original jurisdiction in this matter, *see* NRAP 21(b); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioner[ ] carr[ies] the burden of demonstrating that extraordinary relief is warranted.").

Moreover, we note that a challenge to a judgment of conviction must be raised in a postconviction petition for a writ of habeas corpus filed

20-00382

in the district court in the first instance. NRS 34.724; NRS 34.738; NRAP 22.[1] Accordingly, we

ORDER the petition DENIED.

_____ C.J.
Gibbons

_____ , J.        _____ , J.
Pickering                                        Hardesty

cc:     Maurice Daniel Talley
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[1]We express no opinion as to whether petitioner could meet the procedural requirements of NRS Chapter 34